SCAP-13-0002896

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

IN THE MATTER OF THE TAX APPEAL OF TRAVELOCITY.COM, LP,
Petitioners/Appellees-Cross-Appellants,

vs.

DIRECTOR OF TAXATION, STATE OF HAWAIʻI,
Respondent/Appellant-Cross-Appellee.

---

APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT
(T.A. NO. 11-1-0021 AND CONSOLIDATED CASES:
11-1-0022, 11-1-0023, 11-1-0026, 11-1-0027, 11-1-0029,
11-1-0030, 11-1-0031, 11-1-0032, 11-1-0033, 12-1-0287,
12-1-0288, 12-1-0289, 12-1-0292, 12-1-0293, 12-1-0294,
12-1-0295, 12-1-0297, 12-1-0299, and 12-1-0300)

ORDER GRANTING APPLICATIONS FOR TRANSFER
(By: Recktenwald, C.J., Nakayama, McKenna, and Pollack, JJ.,
and Circuit Judge Lee, in place of Acoba, J., recused.)

Upon consideration of the applications for transfer

filed by the ten online travel companies[1] and the Director of

Taxation for the State of Hawaiʻi, on December 2, 2013, the

respective responses, and the record,

---

[1] The ten online travel companies include Expedia, Inc., Hotels.com, L.P., Hotwire, Inc., Travelocity.com LP, Site59.com, LLC, Orbitz, LLC, Trip Network, Inc. (d/b/a Cheaptickets.com), Internetwork Publishing Corp. (d/b/a Lodging.com), Priceline.com, Incorporated, and Travelweb LLC.

IT IS HEREBY ORDERED that the applications for transfer are granted pursuant to HRS §§ 602-58(a)(1) and 602-58(b)(1) (Supp. 2012).  This case is transferred to the supreme court effective the date of this order.

DATED: Honolulu, Hawai'i, December 24, 2013.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack

/s/ Randal K.O. Lee